In the Matter of NEW YORK STATE GUERNSEY BREEDERS' Co-OPERATIVE, INC., Respondent, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Appellant.

Submitted February 19, 1945; decided March 1, 1945.

*Irving G. Hubbs* and *Merritt A. Switzer* for motion.
*Robert G. Blabey* and *Donald L. Brush* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion on the ground that the order does not finally determine the proceeding within the meaning of the Constitution